United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIAS T. LaCOUR, | § | |
| (TDCJ # 02143625) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-2366 |
| | § | |
| ROBERT JOHNSON, et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

On September 15, 2025, the Court received a letter from state inmate Darias T. LaCour, (TDCJ # 02143625), in which he claimed that evidence or property was missing from his state-court criminal case in Harris County Cause Number 1471654. *See LaCour v. Gonzalez, et al.*, Civil No. 25-cv-4381 (S.D. Tex), at Dkt. 1. LaCour alleges that he has attempted to address the issue with Harris County Sheriff Ed Gonzalez, Harris County District Clerk Marilyn Burgess, City of Houston Mayor John Whitmire, and Department of Legal Services Director Edward A. Thomas. *Id.* at Dkt. 1. As relief, LaCour sought to have this Court help him locate the missing evidence. *Id.* at Dkt. 1, p. 2.

The Court construed LaCour's letter as an attempt to file a civil-rights action under 42 U.S.C. § 1983, and it ordered him to file an amended complaint on the

1/ 3

proper form and either pay the filing fee or file a properly supported motion to proceed *in forma pauperis*. *Id.* at Dkt. 4. On December 19, 2025, LaCour filed his amended complaint. *Id.* at Dkt. 15. He also filed a motion to proceed *in forma pauperis*, which was denied because it did not include a certified copy of his inmate trust fund account. *Id.* at Dkts. 14, 16, 17. LaCour subsequently paid a substantial portion of the filing fee. The action remains pending, while judicial screening is being conducted under 28 U.S.C. § 1915A.

On March 19, 2026, the Court received another letter from LaCour relating to the loss or theft of record evidence. *See LaCour v. Johnson*, Civil No. 26-cv-2366 (S.D. Tex.), at Dkt 1. This letter also relates to allegedly missing evidence from LaCour's trial, but he now seeks to add claims against the Honorable Robert Johnson, who was the trial-court judge, Assistant District Attorney Erica Robinson, and Lead Attorney Stephany Urrea. (*Id.* at 1). LaCour alleges that there are documents missing from his case file and that portions of the trial transcript are missing. (*Id.* at 1-2). Attached to the letter are documents relating to claims LaCour has filed in Harris County to attempt to recover evidence that was used at trial. (*Id.* at 3-4). As relief, LaCour seeks recovery of the missing evidence so that he can pursue an action to reverse his conviction. (*Id.* at 2).

It appears from a review of the existing case and the new letter that LaCour did not intend to file a new action but instead intended to expand on the allegations

2/ 3

and defendants identified in Civil No. 25-cv-4381.    Because the present case duplicates another previously filed proceeding, the Court will dismiss this case as a duplicate without prejudice to consideration of LaCour's claims in Civil No. 25-cv-4381.

Accordingly, the Court **ORDERS** as follows:

1. LaCour's complaint, (Dkt. 1), is **DISMISSED** without prejudice to consideration of his claims in Civil No. 25-cv-4381.

2. This action is **CLOSED** as improvidently opened as a duplicate case.

3. The Clerk must transfer all pleadings and motions filed in this action and refile them in Civil No. 25-cv-4381.

4. Any pending motions are **DENIED** without prejudice to being reconsidered in Civil No. 25-cv-4381.

The Clerk will provide a copy of this Order of Dismissal to the plaintiff.

SIGNED at Houston, Texas on _____ *apr 2* _____, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

3/3